IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SAVAGE** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **JOHN KERESTES, ET AL.** | : | NO. 09-1581 |

<u>O R D E R</u>

AND NOW, this 21st day of April, 2009, pursuant to the accompanying memorandum, it is hereby ORDERED that:

    1. Leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is GRANTED;

    2. The Clerk of Court shall TRANSFER this action to the United States District Court for the Middle District of Pennsylvania along with a certified copy of the docket, and all papers and the file in this matter; and

    3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.